BENJAMIN B. WAGNER
United States Attorney
KYLE F. REARDON
Assistant U.S. Attorney
501 I Street, Suite 10-100
Sacramento, California 95814
Telephone: (916) 554-2700

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | |
| Plaintiff, | D.C. NO. 2-11-cr-0531 KJM |
| v. | APPLICATION AND ORDER FOR UNSEALING INDICTMENT |
| MATTHEW MARK BATTERSBY, | |
| Defendant. | |

On December 16, 2011, the indictment was filed in the above-referenced case. Since the defendant has now been arrested, it is no longer necessary for the indictment to be sealed. The government respectfully requests that the indictment and this case be unsealed.

DATED: December 19, 2011      BENJAMIN B. WAGNER
                                       United States Attorney

                                      By: /s/ Kyle F. Reardon
                                            KYLE F. REARDON
                                            Assistant U.S. Attorney

<u>ORDER</u>

SO ORDERED:

DATED: December 19, 2011      <u>/s/ Carolyn K. Delaney</u>
                                       HON. CAROLYN K. DELANEY
                                       U.S. Magistrate Judge